IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREA ALOHALANI RAZO, )<br><br>          Plaintiff, )<br><br>     vs. )<br><br>OPTION ONE MORTGAGE )<br>CORPORATION, )<br>OLD REPUBLIC TITLE & ESCROW )<br>OF HAWAII, LTD., )<br>TRANS-PACIFIC MORTGAGE GROUP, )<br>LCC, )<br>DOES 1-100, )<br><br>          Defendants. )<br>_____ ) | CIVIL NO. 10-00507 SOM/LEK<br><br>ORDER DISMISSING COMPLAINT |

ORDER DISMISSING COMPLAINT

On September 1, 2010, Plaintiff Andrea Alohalani Razo filed the instant action against Defendants Option One Mortgage Corporation, Old Republic Title & Escrow of Hawaii, Ltd., and Trans-Pacific Mortgage Group, LLC.  See ECF No. 1.  On November 10, 2010, the parties stipulated to dismiss Defendant Old Republic Title & Escrow of Hawaii, Ltd., as to all claims set forth in the Complaint.  See ECF No. 12.

A triage conference was set for November 23, 2010, but not held, because Razo had not served the original Complaint on the remaining two Defendants (Option One Mortgage Corporation and Trans-Pacific Mortgage Group, LLC).  See ECF No. 13.  Rule 4(m) of the Federal Rules of Civil Procedure states, in pertinent part:

> If a defendant is not served within 120 days
> after the complaint is filed, the court-on
> motion or on its own after notice to the
> plaintiff-must dismiss the action without
> prejudice against that defendant or order
> that service be made within a specified time.
> But if the plaintiff shows good cause for the
> failure, the court must extend the time for
> service for an appropriate period.

More than 120 days have passed since Razo filed the Complaint,
and the Magistrate Judge gave Razo notice that she would
recommend that the trial judge dismiss the case if Razo did not
complete service on the two Defendants by December 30, 2010.
Razo has not indicated to the court that she has served those
parties, and she has never suggested that she has good cause for
failing to serve them.  Pursuant to Rule 4(m), the court
dismisses Razo's Complaint without prejudice based on her failure
to effect service.


        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 4, 2011





        /s/ Susan Oki Mollway
        Susan Oki Mollway
        Chief United States District Judge


Razo v. Option One Mortgage Corp., et al., 10cv507, ORDER DISMISSING
COMPLAINT.